IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| ROY RAGAN,     Plaintiff, | * * * |
| vs. | *   No. 2:11CV00240 SWW |
| CYBER LAND TRUCKING, INC. and DARROLD CARR,     Defendants. | * * * * * |

## ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties that this matter may be dismissed,

IT IS THEREFORE ORDERED that plaintiff's complaint against defendants in this matter is dismissed with prejudice.

DATED this 26th day of January, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE